**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV10-07840 JAK (JCx) | Date | August 3, 2011 |
|---|---|---|---|
| Title | Kristie Ghazal v. Godiva Chocolatier, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 2, 2011, plaintiff filed "Joint Notice of Settlement of Entire Case" [22]. The Court sets an Order to Show Cause re Dismissal for September 12, 2011 at 10:30 a.m. If the parties file a dismissal by September 8, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Post-Mediation Status Conference, Final Pretrial Conference, Status Conference re Exhibits, and Jury Trial are vacated.

**IT IS SO ORDERED.**

Initials of Preparer   ak