Robert A. Naeve (State Bar No. 106095)
Email: rnaeve@jonesday.com
Steven M. Zadravecz (State Bar No. 185676)
Email: szadravecz@jonesday.com
John P. Migliarini (State Bar No. 266920)
Email: jpmigliarini@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
GODIVA CHOCOLATIER, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIE GHAZAL,<br><br>            Plaintiff,<br><br>      v.<br><br>GODIVA CHOCOLATIER, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | **CASE NO. CV10-7840 JAK (JCx)**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Upon the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED this matter be dismissed with prejudice in its entirety as against all parties.

**IT IS SO ORDERED.**

Date: September 16, 2011

_____
United States District Judge

IRI-26144v1

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**